1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BRIAN R. FAERSTEIN (CABN 274850)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6473
7       FAX: 415-436-7234
        Brian.Faerstein@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> MALACHI BARTON, <br><br> Defendant. | Case Nos. CR 12-00859 RS <br> CR 15-00571 RS <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER TO JULY 31, 2018 <br><br> Date: July 17, 2018 to July 31, 2018 <br> Time: 2:30 p.m. <br> Court: Hon. Richard Seeborg |

The United States of America, by and through Assistant United States Attorney Brian R. Faerstein, and defendant Malachi Barton, by and through defense counsel Adam Pennella, hereby stipulate that, with the Court's approval, the supervised release revocation hearing currently scheduled for July 17, 2018 at 2:30 p.m. should be continued to July 31, 2018 at 2:30 p.m.

On May 17, 2018, the parties filed a stipulation and proposed order with the Court requesting that the previously-scheduled supervised release revocation evidentiary hearing be vacated and the matter be set for admission by the defendant on July 17, 2018. *See* Dkt. No. 60. The Court entered the

STIPULATION TO CONTINUE HEARING
CR 12-00859 RS; CR 15-00571 RS            1

parties' proposed order on May 18, 2018.  *See* Dkt. No. 61.  Since the setting of the admission hearing date, a scheduling conflict has arisen for counsel to the government, who will now be out of the district on business on July 17, 2018.  In addition, the parties understand that the Court will be unavailable on July 24, 2018.  Thus, the parties hereby request that the admission hearing be continued to the Court's criminal calendar on July 31, 2018 at 2:30 p.m.

The parties have conferred with Probation Officer Octavio Magana, who confirms that he will be available at this date and time.

IT IS SO STIPULATED.

Dated:  June 15, 2018  
ALEX G. TSE  
Acting United States Attorney

/s/  
BRIAN R. FAERSTEIN  
Assistant United States Attorney

Dated:  June 15, 2018  
/s/  
ADAM PENNELLA  
Attorney for MALACHI BARTON

Attestation of Filer

In addition to myself, the other signatory to this document is Adam Pennella.  I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated:  June 15, 2018  
/s/  
BRIAN R. FAERSTEIN  
Assistant United States Attorney

//
//
//
//
//
//

STIPULATION TO CONTINUE HEARING  
CR 12-00859 RS; CR 15-00571 RS            2

# [PROPOSED] ORDER

For the reasons stated upon stipulation of the parties, the admission hearing on the Probation Office's petition for revocation of supervised release is continued from July 17, 2018, to July 31, 2018 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 6/20/18

_____
HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION TO CONTINUE HEARING
CR 12-00859 RS; CR 15-00571 RS            3